Rick Klingbeil, OSB #933326
email: rick@klingbeil-law.com
RICK KLINGBEIL, PC
2222 NE Oregon St., Ste. 213
Portland, OR 97232
Ph: 503-473-8565
Fx: 503-427-9001

of Attorneys for Plaintiffs
Additional attorneys listed on final page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN MARTIN KEARNEY,** an Oregon resident; **ROBIN A. BECK**, a Colorado resident; **CARLY LaFOREST**, a Michigan resident; **SHANE ALLPORT**, a Michigan resident; **ALYSIA ROWE**, a Michigan resident; **JANE ROE,** a California resident; and **JOHN DOE**, a Washington resident on behalf of themselves and all similarly situated persons,<br><br>    **Plaintiffs**,<br>  v.<br><br>**EQUILON ENTERPRISES, LLC,** a Delaware corporation dba **SHELL OIL PRODUCTS US**, and **SHELL OIL COMPANY**, a foreign corporation,<br><br>    **Defendants**. | Case No. 3:14-cv-00254-HZ<br><br>**MOTION TO DISMISS SHELL OIL COMPANY PURSUANT TO FRCP 21** |

Page 1   MOTION TO DISMISS SHELL OIL COMPANY PURSUANT TO FRCP 21

RICK KLINGBEIL, PC
2222 NE Oregon St., Ste. 213
Portland, OR 97232
Ph: 503-473-8565
Fax: 503-427-9001
rick@klingbeil-law.com

## MOTION

Plaintiffs individually and on behalf of the Class and Subclasses described below, through counsel move this Court for an Order dismissing defendant SHELL OIL COMPANY from this case without prejudice, pursuant to FRCP 21.

## BASIS FOR THE MOTION

Counsel for the parties have conferred, and plaintiffs' counsel have received assurances from defense counsel that SHELL OIL COMPANY is not a proper defendant in this matter. Plaintiffs therefore move to dismiss SHELL OIL COMPANY from this case without prejudice, and without costs to any party.

**Dated:** October 24, 2014.

> Rick Klingbeil, PC
>
> /s/ Rick Klingbeil
> _____
> Rick Klingbeil, OSB #933326
> Of Attorneys for Plaintiffs
> 2222 NE Oregon St., Ste. 213
> Portland, OR 97232
> P: 503-473-8565
> rick@klingbeil-law.com

Additional Attorneys:

Brooks F. Cooper, OSB #941772
Brady Mertz, OSB #970814
Foley Bezek Behle & Curtis, LLP (*Pro hac vice*)

Page 2    MOTION TO DISMISS SHELL OIL COMPANY PURSUANT TO FRCP 21

RICK KLINGBEIL, PC
2222 NE Oregon St., Ste. 213
Portland, OR 97232
Ph: 503-473-8565
Fax: 503-427-9001
rick@klingbeil-law.com