Rick Klingbeil, OSB #933326
email: rick@klingbeil-law.com
RICK KLINGBEIL, PC
2300 SW First Ave., #101
Portland, OR 97201
Ph: 503-473-8565
Fx: 503-427-9001

of Attorneys for Plaintiffs
Additional attorneys listed on final page

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JOHN MARTIN KEARNEY,** an Oregon resident; **ROBIN A. BECK**, a Colorado resident; **CARLY LaFOREST**, a Michigan resident; **SHANE ALLPORT**, a Michigan resident; **ALYSIA ROWE**, a Michigan resident; **RICHARD JAMES SCHEMPP**, a California resident; and **JOHN DOE**, a Washington resident on behalf of themselves and all similarly situated persons,<br><br>       **Plaintiffs**,<br>   v.<br><br>**EQUILON ENTERPRISES, LLC,** a Delaware corporation dba **SHELL OIL PRODUCTS US,** and **SHELL OIL COMPANY,** a foreign corporation,<br><br>       **Defendants**. | Case No. 3:14-cv-00254-HZ<br><br>**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED CLASS ACTION ALLEGATION COMPLAINT** |

Page 1 — **PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED CLASS ACTION ALLEGATION COMPLAINT**

RICK KLINGBEIL, PC
2222 NE Oregon St.
Ste. 213
Portland, OR 97232
Ph: 503-473-8565
Fax: 503-427-9001
rick@klingbeil-law.com

## MOTION

Plaintiffs move this court for an additional 20 days within which to file their Second Amended Complaint as directed by the court in its Opinion and Order dated December 1, 2014. The filing is currently due December 16. If granted, Plaintiffs' Second Amended Complaint would be due on January 5, 2015.

This Motion is supported by the declaration of Rick Klingbeil, filed separately.

**Dated:** December 10, 2014.

                Rick Klingbeil, PC

                /s/ Rick Klingbeil
                _____
                Rick Klingbeil, OSB #933326
                Of Attorneys for Plaintiffs
                2222 NE Oregon St., Ste. 213
                Portland, Oregon  97232
                P: 503-473-8565
                rick@klingbeil-law.com

Additional Attorneys:

Brooks F. Cooper, OSB #941772
Brady Mertz, OSB #970814
Foley Bezek Behle & Curtis, LLP
(*Pro hac vice* applications to be submitted)

Page 2    **PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED CLASS ACTION ALLEGATION COMPLAINT**    RICK KLINGBEIL, PC
2222 NE Oregon St.
Ste. 213
Portland, OR 97232
Ph: 503-473-8565
Fax: 503-427-9001
rick@klingbeil-law.com