# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| JOHN MARTIN KEARNEY, an Oregon resident; ROBIN A. BECK, a Colorado resident; CARLY LaFOREST, a Michigan resident; SHANE ALLPORT, a Michigan resident; ALYSIA ROWE, a Michigan resident; RICHARD SCHEMPP, a California resident; and, JEFFREY PAUL GILPIN, JR., a Washington resident; each on behalf of themselves and all similarly situated persons,<br><br>              Plaintiffs,<br><br>  v.<br><br>EQUILON ENTERPRISES LLC, a Delaware corporation dba SHELL OIL PRODUCTS US,<br><br>              Defendant. | Case No.: 3:14-cv-00254-HZ<br><br>**FINAL JUDGMENT WITH PREJUDICE** |

Having considered the unopposed Motion for Final Approval for approval of the class action settlement (Doc. 131), the Motion for Award of Attorneys' Fees, Reimbursement of Expenses to Class Counsel and Incentive Awards for Class Representatives (Doc.126), and the supporting Declarations, and the Court further having stated its findings in the record at the October 25, 2016 Fairness Hearing and entered the Order on Final Approval and Order on Attorneys Fees, Costs and Incentive Awards, and the complete record in this matter, and for good cause shown

**IT IS HEREBY ORDERED AND ADJUDGED THAT**:

The Court dismisses this case with prejudice and without further fees or costs to any Party.

The Court retains jurisdiction over this action for the purpose of enforcing the Settlement Agreement and its implementation.

IT IS SO ORDERED:

Dated: this ____25____ day of ____OCT____, 2016

_____
MARCO A. HERNANDEZ
UNITED STATES DISTRICT JUDGE